JRB: USAO 2017R00698

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** |
| | * | TDC17cr523 |
| **FRANK CRAWFORD III,** | * | **(Production of Child Pornography,** |
| | * | **18 U.S.C. § 2251(a); Forfeiture,** |
| **Defendant** | * | **18 U.S.C. § 2253)** |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about May 4, 2017, in the District of Maryland and elsewhere, the defendant,

### FRANK CRAWFORD III,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction was

transmitted using any means and facility of interstate and foreign commerce and in and affecting

interstate and foreign commerce, and the visual depiction was produced and transmitted using

materials that have been mailed, shipped, and transported in and affecting interstate and foreign

commerce by any means, including by computer.

18 U.S.C. § 2251(a)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in Count One of this Indictment, in violation of Title 18, United States Code, Section 2251, the defendant,

## FRANK CRAWFORD III,

shall forfeit to the United States of America:

a.      Any visual depiction described in Title 18, United States Code, Sections 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

2.      If any of the property described above, as a result of any act or omission of the defendant,

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

18 U.S.C. § 2253

*Stephen M. Schenning*

By: _____

Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: October 11, 2017

3