JRB: USAO 2017R00698



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. TDC-17-0523** |
| | * | |
| **FRANK CRAWFORD III,** | * | **(Receipt of Child Pornography,** |
| | * | **18 U.S.C. § 2252A(a)(2); Forfeiture,** |
| **Defendant** | * | **18 U.S.C. § 2253)** |
| | * | |

*******

### SUPERSEDING INFORMATION

### COUNT ONE
### (Receipt of Child Pornography)

The United States Attorney for the District of Maryland charges that:

On or about May 4, 2017, in the District of Maryland and elsewhere, the defendant,

### FRANK CRAWFORD III,

did knowingly receive child pornography and materials that contain child pornography, as

defined in Title 18, United States Code, Section 2256(8), that had been, using any means and

facility of interstate and foreign commerce, shipped and transported in and affecting interstate

and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(2)

## **FORFEITURE ALLEGATION**

The United States Attorney for the District of Maryland further finds that:

1.     Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One of this Superseding Information, in violation of Title 18, United States Code, Section 2252A, the defendant,

## **FRANK CRAWFORD III,**

shall forfeit to the United States of America:

a.     Any visual depiction described in Title 18, United States Code, Sections 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c.     Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

2.     If, as a result of any act or omission of the defendant, any of the property described above:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

2

the United States of America, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), shall be entitled to forfeiture of substitute property.

18 U.S.C. § 2253

Robert K. Hur /GRB

Robert K. Hur
United States Attorney

Date:  October ___4___, 2018

3