IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-17-523 |
| | * | |
| FRANK CRAWFORD III, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

## MOTION TO SEAL

The United States requests that the Court seal its Sentencing Memorandum and its Exhibits A, B, C, and D. These materials contain sensitive information, including information concerning children that must be sealed pursuant to 18 U.S.C. § 3509(d)(2).

        Respectfully submitted,

        Robert K. Hur
        United States Attorney

        __/s/_____
        Joseph R. Baldwin
        Assistant United States Attorney

It is hereby ORDERED that the Exhibits to the Government's Sentencing Memorandum and Exhibits, and the Motion to Seal the same, shall be SEALED.

_____           _____
Date           Theodore D. Chuang
         United States District Judge