IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-17-0523 |
| | * | |
| FRANK CRAWFORD III, | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## CONSENT ORDER OF FORFEITURE

1. On October 5, 2018, the Defendant, Frank Crawford, was charged by Superseding Information with Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2). On the same day, the Defendant pled guilty, pursuant to a plea agreement, to the single charge in the Superseding Information.

2. The Superseding Information advised the Defendant that, upon conviction, he would be required to forfeit, pursuant to 18 U.S.C. § 2253, any visual depiction of child pornography and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses, or used or intended to be used to commit or to promote the commission of the offenses. In the plea agreement, the Defendant specifically agreed to the forfeiture of all his right, title, and interest in certain property identified in paragraph 13 of the plea agreement and in the Stipulation of Facts incorporated into the plea agreement.

It is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

3. As the result of Defendant's guilty plea on Count One of the Superseding Information, for which the Government sought forfeiture pursuant to 18 U.S.C. § 2253, the Defendant shall forfeit to the United States the following property:

    a.     a Hewlett-Packard Computer, Model 15-P030NR, Serial Number 5CD4327RN1;

    b.     an HGST Hard Drive, Serial Number 140728JA1009C0KJTUSM; and

    c.     a Samsung cellular phone, Model SMJ320P, Serial Number 089458893506721648.

3.     The Court has determined, based on Defendant's plea agreement that the above-listed property is subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the government has established the requisite nexus between such property and such offense.

4.     Upon the entry of this Order, the United States Attorney General (or a designee) is authorized to seize the forfeited property, whether held by Defendant or by a third party, and to conduct any discovery necessary in identifying, locating or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

5.     Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

6.     The United States shall publish notice of the order and its intent to dispose of the forfeited property in such a manner as the United States Attorney General (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the property.

7.     Any person, other than the above named Defendant, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

8. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

9. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim and the relief sought.

10. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

11. The United States shall have clear title to the forfeited property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2), which is incorporated by 18 U.S.C. § 2253.

12. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

13. The Clerk of the Court shall provide copies of this Order to all parties of record.

    2/1/2019
Date

Theodore D. Chuang
United States District Judge